HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801

*Attorneys for Defendants*
*McKinley Medical, LLC*
*    and Moog, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PHILLIPPI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan corporation; MCKINLEY MEDICAL, L.L.C., a Colorado Corporation; MOOG, INC., a New York Corporation; ASTRAZENECA PHARMACEUTICALS LP, a Delaware Corporation; ASTRAZENECA LP, a Delaware Corporation; and ZENECA HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 50,<br><br>                    Defendants. | Case No.:        2:08-CV-02445-JAM-GGH<br><br>**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF MCKINLEY MEDICAL, LLC AND MOOG, INC.** |

Plaintiff Adam Phillippi and defendants McKinley Medical, LLC and Moog, Inc., by and through their respective attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(2), that this action is dismissed without prejudice as to McKinley Medical, LLC and Moog, Inc.

Dated this 30th day of December, 2008.

- 1 -

CASE NO.  2:08-CV-02445-JAM-GGH
STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF MCKINLEY MEDICAL, LLC AND MOOG, INC.

| | |
|---|---|
| WILLIAMS LOVE O'LEARY & POWERS, P.C. | HASSARD BONNINGTON, LLP |

| | |
|---|---|
| By:/s/Leslie W. O'Leary (Approved 12/30/08) | By:  /s/ Thomas Frieder |
| Leslie W. O'Leary, OR BN 99090 | Thomas Frieder, SBN 95411 |
| loleary@wdolaw.com | tmf@hassard.com |
| Michael L. Williams, OR BN 78426 | Two Embarcadero Center, Suite 1800 |
| mwilliams@wdolaw.com | San Francisco, CA 94111 |
| Thomas B. Powers, OR BN 98393 | Telephone: (415) 288-9800 |
| tpowers@wdolaw.com | Facsimile: (415) 288-9801 |
| WILLIAMS LOVE O'LEARY & POWERS, P.C. | |
| 9755 SW Barnes Road, Suite 450 | and |
| Portland, Oregon 97225-6681 | |
| Telephone: (503)295-2924 | HARRIS BEACH PLLC |
| Facsimile : (503)295-3720 | Frederick H. Fern |
| | 100 Wall Street |
| C. Brooks Cutter, SBN 121407 | New York, New York 10005 |
| bcutter@kcrlegal.com | (212) 687-0100 |
| KERSHAW, CUTTER & RATINOFF, LLP | |
| 401 Watt Avenue | *Attorneys for McKinley Medical, LLC and Moog, Inc.* |
| Sacramento, California 95864 | |
| Telephone: (916) 448-9800 | SEDGWICK DETERT MORAN & ARNOLD |
| Facsimile: (916) 669-4499 | |
| | By: /s/ Mario Horwitz (Approved 12/30/08) |
| Laura B. Kalur, OR BN 023424 | Mario Horwitz, Esq. |
| lbkalur@kalurlaw.com | horwitz@sdma.com |
| KALUR LAW OFFICE | Ralph A. Campillo, Esq. |
| 9755 SW Barnes Road, Suite 450 | ralph.campillo@sdma.com |
| Portland, OR 97225-6681 | 801 S. Figueroa Street, 18th Floor |
| Telephone: (503) 595-4145 | Los Angeles, CA 90017-5356 |
| Facsimile: (503) 295-3720 | Telephone: (213) 426-6900 |
| | Facsimile: (213) 426-6921 |
| *Attorneys for Plaintiff Adam Phillippi* | |
| | *Attorneys for Stryker Corporation and Stryker Sales* |

SO-ORDERED this 2nd day of January  2009.

/s/ John A. Mendez
U. S. DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com