PETER A. STROTZ (SBN: 129904)
WILLIAM E. STEIMLE (SBN: 203426)
SCOTT J. BORROWMAN (SBN: 241021)
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California 94612-3520
Telephone:   (510) 444-3131
Facsimile:   (510) 839-7940

Attorneys for Defendants
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM PHILLIPPI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STRYKER CORPORATION;<br>STRYKER SALES CORPORATION;<br>MCKINLEY MEDICAL LLC;<br>MOOG, INC.;<br>ASTRAZENECA PHARMACEUTICALS LP;<br>ASTRAZENECA LP;<br>ZENECA HOLDINGS, INC; and<br>DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. 2:08-CV-02445-JAM-GGH<br><br>**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, AND ZENECA HOLDINGS**<br><br>**[FED. R. CIV. P. 41(a)(ii)]** |

On November 20, 2008, the parties filed the Stipulated Notice of Voluntary Dismissal of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings, Inc. Without Prejudice. (Doc. No. 27) Pursuant thereto, all parties agree that this action should be dismissed without prejudice as to the above-identified defendants pursuant to Federal Rule of Civil Procedure 41(a)(ii).

///

///

- 1 -　　STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

Based on the foregoing, **IT IS ORDERED** that this action is dismissed without prejudice as to Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings, Inc. Fed. R. Civ. P. 41(a)(ii).

**IT IS SO ORDERED.**

DATED: February 4, 2009

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

Dated: February 4, 2009          **FILICE BROWN EASSA & McLEOD LLP**

By:  /s/ Scott Borrowman
PETER A. STROTZ
WILLIAM E. STEIMLE
SCOTT J. BORROWMAN
Attorneys for Defendants
ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, and ZENECA HOLDINGS INC.

PDF created with pdfFactory trial version www.pdffactory.com