UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PHILLIPPI,<br><br>    Plaintiff,<br><br> v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br>a Delaware Corp., et al.,<br><br>    Defendants.<br> | Case No. 2:08-CV-02445 JAM-GGH |
| TERRI LYNN TODD,<br><br>    Plaintiffs,<br><br> v.<br><br>STRYKER CORPORATION, a Michigan<br>corporation, et al.,<br><br>    Defendants. | <u>RELATED CASE ORDER</u><br><br>Case No. 2:09-CV-01509 WBS-KJM |

  Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1     The parties should be aware that relating the cases under
Local Rule 83-123 merely has the result that these actions are
assigned to the same judge and magistrate judge; no consolidation
of the actions is effected.  Under the regular practice of this
court, related cases are generally assigned to the judge and
magistrate judge to whom the first filed action was assigned.

       IT IS THEREFORE ORDERED that the action denominated 2:09-CV-01509 WBS-KJM be reassigned to Judge John A. Mendez and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:09-CV-01509-JAM-GGH.

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

       IT IS SO ORDERED.

Dated:   August 6, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE