IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM PHILLIPPI,

    Plaintiff,                      No. 2:08-cv-02445 JAM KJN

    v.                              <u>ORDER</u>

STRYKER CORPORATION, et al.

    Defendants.

_____/

    The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: April 2, 2010

                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE