# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ADAM PHILLIPPI,<br><br>      Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1 through 50,<br><br>      Defendants. | CASE NO.: 2:08-CV-02445-JAM-GGH<br><br>Hon. John A. Mendez<br><br>**ORDER TO FILE UNDER SEAL ALL EXHIBITS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to joint request by stipulation of the parties and the Protective Order in this action, IT IS HEREBY ORDERED THAT:

Exhibits "A" through "Z" to the Declaration of Wayne A. Wolff In Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment filed by Defendants Stryker Corporation and Stryker Sales Corporation on May 19, 2010 shall be filed under seal and removed from the CM/ECF system.

DATED: May 25, 2010        /s/ John A. Mendez
                                                Honorable John A. Mendez
                                                United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com