IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

ADAM PHILLIPPI,

                 Plaintiff,

    vs.

STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan corporation; MCKINLEY MEDICAL, L.L.C., a Colorado Corporation; MOOG, INC., a New York Corporation; ASTRAZENECA PHARMACEUTICALS LP, a Delaware Corporation; ASTRAZENECA LP, a Delaware Corporation; and ZENECA HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 50,

                 Defendants.     /

Case No. 2:08-CV-02445-JAM-GGH

Hon. John A. Mendez

**ORDER TO FILE UNDER SEAL PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT BY DEFENDANTS STRYKER; SEPARATE STATEMENT OF MATERIAL FACTS; AND DECLARATION IN SUPPORT WITH ALL EXHIBITS**

Pursuant to joint request by stipulation of the parties and the Protective Order in this action, IT IS HEREBY ORDERED THAT:

Plaintiff will file:

1.    Plaintiff's Response In Opposition To Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment By Defendants Stryker;

CASE NO. 2:08-CV-02445-JAM-GGH

1

124086v1

PDF created with pdfFactory trial version www.pdffactory.com

1      2.      Separate Statement Of Undisputed Facts In Support Of Plaintiff's Response In
2  Opposition To Motion For Summary Judgment Or, In The Alternative, Partial Summary
3  Judgment By Defendants Stryker; and
4      3.      Declaration Of Leslie W. O'leary In Support Of Plaintiff's Response In
5  Opposition To Motion For Summary Judgment Or, In The Alternative, Partial Summary
6  Judgment By Defendants Stryker with all exhibits
7      DATED: June 3, 2010

8                                          /s/ John A. Mendez_____
                                           Honorable John A. Mendez
9                                          United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CASE NO. 2:08-CV-02445-JAM-GGH

2

124086v1

PDF created with pdfFactory trial version www.pdffactory.com