# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ADAM PHILLIPPI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO.: 2:08-CV-02445-JAM-GGH<br><br>Hon. John A. Mendez<br><br>**ORDER TO FILE UNDER SEAL DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO STRYKER'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; REPLY TO RESPONSE TO SEPARATE STATEMENT OF MATERIAL FACTS; AND EVIDENTIARY OBJECTIONS**<br><br>DATE:　　June 16, 2010<br>TIME:　　9:00 a.m.<br>CTRM　　**6** |

Pursuant to the joint request by stipulation of the parties and the Protective Order in this action, IT IS HEREBY ORDERED THAT:

Defendants Stryker will file under seal:

1.　Defendants Stryker's Reply To Plaintiff's Response In Opposition To Defendants' Motion For Summary Judgment Or, In the Alternative, Partial Summary Judgment;

2.　Defendants' Reply to Plaintiff's Response To Separate Statement Of Undisputed Material Facts In Support Of Motion For Summary Judgment Or, In the Alternative, Partial

PDF created with pdfFactory trial version www.pdffactory.com

1  Summary Judgment; and

2      3. Defendants' Objections to Plaintiff's Evidence In Support Of Opposition To

3  Motion For Summary Judgment, Or, In the Alternative, Partial Summary Judgment.

5  DATED: June 7, 2010

               /s/ John A. Mendez
               Honorable John A. Mendez
               United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com