# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ADAM PHILLIPPI,<br><br>  Plaintiff,<br><br>  v.<br><br>STRYKER CORPORATION, a Michigan corporation; STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1 through 50,<br><br>  Defendants. | Case No. 2:08-CV-02445-JAM-KJN<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OBJECTIONS TO THE STRYKER DEFENDANTS' BILL OF COSTS** |

GOOD CAUSE appearing therefor, as set forth in the Stipulation for Extension of Time for Plaintiff to File Objections to the Stryker Defendants' Bill of Costs, that Defendants may file an amended cost bill no later than July 21, 2010, and Plaintiff may file objections thereto no later than July 23, 2010, **IT IS SO ORDERED.**

Dated: July 19, 2010

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, California 90017-5556. On July 16 , 2010, I served the within document(s):

**ORDER RE: STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OBJECTIONS TO THE STRYKER DEFENDANTS' BILL OF COSTS**

- ☐ EMAIL - via electronic mail to the email addresses set forth below.
- ☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below.
- ☒ ELECTRONICALLY - via the Court's electronic filing system, according to this Court's provision for service on the following: .

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 16, 2010, at Los Angeles, California.

/s/   Betty J. Thomas
Betty J. Thomas

LA/967592v1                                                                         CASE NO. 02-08-CV-02445-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

*Phillippi v. Stryker Corporation, et al.*
U. S. District Court Case No. 2:08-CV-02445-JAM-GGH

| | |
|---|---|
| C. Brooks Cutter, SBN121407<br>bcutter@kcrlegal.com<br>jparker@kcrlegal.com<br>kdonnel@kcrlegal.com<br>kgradwohl@kcrlegal.com<br>landerson@kcrlegal.com<br>vburnsworth@kcrlegal.com<br>dsmith@kcrlegal.com<br>lleger@kcrlegal.com<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, California 95864 | Counsel for Plaintiff Adam Phillippi |
| Laura B. Kalur, OR BN 023424<br>lbkalur@kalurlaw.com<br>KALUR LAW OFFICE<br>9755 SW Barnes Road, Suite 450<br>Portland, Oregon 97225 | Counsel for Plaintiff Adam Phillippi |
| Leslie W. O'Leary, OR BN 99090<br>loleary@wdolaw.com<br>Michael L. Williams, OR BN 78426<br>mwilliams@wdolaw.com<br>Thomas B. Powers, OR BN 98393<br>tpowers@wdolaw.com<br>jsmith@wdolaw.com<br>bsteinle@wdolaw.com<br>esullivan@wdolaw.com<br>painpump@wdolaw.com<br>WILLIAMS LOVE O'LEARY & POWERS<br>9755 SW Barnes Road, Suite 450<br>Portland, Oregon 97225 | Counsel for Plaintiff Adam Phillippi |
| Frank Woodson, ALBN: 0479-W66E<br>frank.woodson@beasleyallen.com<br>cathy.perry@beasleyallen.com<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104 | Counsel for Plaintiff Adam Phillippi |